UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1** | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>**785 Court Street, Auburn, ME 04210** |
| **Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams** | Mortgage:<br>**September 14, 2006**<br>**Book 6906, Page 20** |
| **Defendant** | |

NOW COMES the Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1,

Mortgage-Backed Notes, Series 2017-1, in which the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is the obligor and the total amount owed under the terms of the Note is One Hundred Forty-Seven Thousand Five Hundred Thirty-One and 88/100 ($147,531.88) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 is a corporation with its principal place of business located at 425 Walnut Street, Cincinnati, OH 45202.

5. The Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is a resident of Westbrook, County of Cumberland and State of Maine.

## FACTS

6. On June 17, 1991, by virtue of a Warranty Deed from Ralph S. Adams, which is recorded in the Androscoggin County Registry of Deeds in **Book 2700, Page 80**, the property situated at 785 Court Street, County of Androscoggin, and State of Maine, was conveyed to Ralph S. Adams & Carmen T. Adams, being more particularly described by the attached legal description.  *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

7. On September 14, 2006, Defendant, Ralph S. Adams, executed and delivered to Decision One Mortgage Company, LLC a certain Note under seal in the amount of $136,500.00.  *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

8. To secure said Note, on September 14, 2006, Defendants, Ralph S. Adams and Carmen T. Adams executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems Inc. as nominee for Decision One Mortgage Company, LLC, securing the property located at 785 Court Street, Auburn, ME 04210 which Mortgage Deed is recorded in the Androscoggin County Registry of Deeds in **Book 6906**, **Page 20**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

9. Upon information and belief, on July 30, 2012, Carmen T. Adams passed away leaving her estate to Ralph S. Adams

10. The Mortgage was assigned to HSBC Mortgage Services Inc. by virtue of a Quitclaim Assignment dated June 9, 2015 and recorded in the Androscoggin County Registry of Deeds in **Book 9155**, **Page 113**. *See* Exhibit D (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

11. The Mortgage was then assigned to HSBC Mortgage Services Inc. by virtue of an Assignment of Mortgage dated June 9, 2015 and recorded in the Androscoggin County Registry of Deeds in **Book 9155**, **Page 114**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to DLJ Mortgage Capital, Inc. by virtue of an Assignment of Mortgage dated September 19, 2017 and recorded in the Androscoggin County Registry of Deeds in **Book 9692**, **Page 251**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was further assigned to U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 by virtue of an Assignment of Mortgage dated February 26, 2019 and recorded in the Androscoggin County Registry of Deeds in **Book 10051**, **Page 270**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. On or about December 26, 2019, a Petition for Formal Appointment of Special Administrator was filed at the Androscoggin County Probate Court, Docket No. 2020-002.

15. On or about June 9, 2020, the court found that the Appointment of Special Administrator was necessary and appointed Benjamin P. Campo, Esq., as Special Administrator.

16. On August 31, 2020, the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit H.

18. The Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, failed to cure the default prior to the expiration of the Demand Letter. Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

19. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or the Note and Mortgage were strictly performed.

22. The total debt owed under the Note and Mortgage as of October 23, 2020 is One Hundred Forty-Seven Thousand Five Hundred Thirty-One and 88/100 ($147,531.88) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $110,436.09 |
| Interest | $19,368.12 |
| Escrow/Impound Required | $4,315.81 |
| Late Fees | $164.58 |
| Loan Level Advance Balance | $13,242.96 |
| Interest on Advances | $4.32 |
| Grand Total | $147,531.88 |

23. Upon information and belief, the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is presently not in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 785 Court Street, Auburn, County of Androscoggin, and State of Maine. *See* Exhibit A.

26. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, is the holder of the Note

referenced in Paragraph 7 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is presently in default on said Mortgage and Note, having failed to make the monthly payment due November 19, 2018, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note. Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property.

29. The total debt owed under the Note and Mortgage as of October 23, 2020 is One Hundred Forty-Seven Thousand Five Hundred Thirty-One and 88/100 ($147,531.88) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $110,436.09 |
| Interest | $19,368.12 |
| Escrow/Impound Required | $4,315.81 |
| Late Fees | $164.58 |
| Loan Level Advance Balance | $13,242.96 |
| Interest on Advances | $4.32 |
| Grand Total | $147,531.88 |

30. The record established through the Androscoggin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendant's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. §6111 and/or the Note and Mortgage was sent to the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, on August 31, 2020, evidenced by the Certificate of Mailing. *See* Exhibit H.

33. The Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is not in the Military as evidenced by the attached Exhibit I.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, upon the expiration of the period of redemption;

c) Find that the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, is not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property, is in breach of the Note by failing to make payment due as of November 19, 2018, and all subsequent payments;

d) Impose the applicable time periods for redemption, etc. as reflected in 14 M.R.S.A. §6322;

e) Find that while the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, has no personal liability in this matter, a Judgment of

Foreclosure and Sale in this matter can be imposed *in rem* against the property commonly known as and numbered as 785 Court Street, Auburn, ME 04210; and

f) For such other and further relief as this Honorable Court deems just and equitable.

                                              Respectfully Submitted,
                                              U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1,
                                              By its attorneys,

Dated:  October 28, 2020

                                              <u>/s/ John A. Doonan, Esq.</u>
                                              <u>/s/ Reneau J. Longoria, Esq.</u>
                                              John A. Doonan, Esq., Bar No. 3250
                                              Reneau J. Longoria, Esq., Bar No. 5746
                                              Attorneys for Plaintiff
                                              Doonan, Graves & Longoria, LLC
                                              100 Cummings Center, Suite 225D
                                              Beverly, MA 01915
                                              (978) 921-2670
                                              JAD@dgandl.com
                                              RJL@dgandl.com