When Recorded Return To:
HSBC Mortgage Services, Inc.
Attn: Legal Entity Review
PO Box 1422
Brandon, FL 33509-9900

Bk 9155 Pg113 #8965
06-12-2015 @ 10:09a

## Quitclaim Assignment

MIN:
SIS # 1-888-679-6377

WHEREAS, Decision One Mortgage Company, LLC is identified as the "Lender" on a certain mortgage executed by Ralph S Adams and Carmen T Adams and bearing the document date of September 14, 2006 and recorded on September 19, 2006 in the Office of the Recorder of Androscoggin County, State of Maine, in Book 6906 at Page 20 and Instrument No.22518 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Decision One Mortgage Company, LLC "its successors and assigns" and upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Decision One Mortgage Company, LLC wishes to convey and assign any and all rights it may have under the Mortgage to HSBC Mortgage Services Inc. and;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Decision One Mortgage Company, LLC hereby assigns and quit claims to HSBC Mortgage Services Inc. all of its rights, title and interests (whatever they may be, if any) in the Mortgage to HSBC Mortgage Services Inc.

Decision One Mortgage Company, LLC
Name: Jill Kinsell
Title:
VP and Asst. Sec,
Admin Serv. Div

STATE OF Florida
COUNTY OF Hillsborough

On June 9, 2015, before me, Angela Johnson, a Notary Public in and for Hillsborough County in the State of Florida, personally appeared Jill Kinsell of Decision One Mortgage Company, LLC personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within this instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument and acknowledged the above-referenced Quit Claim Assignment.

WITNESS my hand and official seal;

Notary Signature
My Commission Expires: 12/16/2016

*[Notary Seal: ANGELA JOHNSON, NOTARY PUBLIC, STATE OF FLORIDA, My Comm. Expires December 16, 2016, No. EE858825]*

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS

**EXHIBIT D**