| | |
|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF MAINE<br>DOCKET: 2:20-CV-400-JDL |
| U.S. BANK NATIONAL ASSOCIATION,<br>AS INDENTURE TRUSTEE, FOR THE<br>HOLDERS OF THE CIM TRUST 2017-1,<br>MORTGAGE-BACKED NOTES, SERIES 2017-1<br><br>PLAINTIFF<br>v.<br><br>BENJAMIN P. CAMPO, JR. ESQ., SPECIAL<br>ADMINISTRATOR OF THE ESTATE OF<br>RALPH S. ADAMS<br><br>DEFENDANT | **ANSWER TO<br>COMPLAINT FOR<br>FORECLOSURE<br>BY CIVIL ACTION**<br>TITLE TO REAL ESTATE<br>IS INVOLVED |

**785 Court Street, Auburn, ME 04210**
**Mortgage recorded in Androscoggin County Registry of Deeds in Book 6906, Page 20**

NOW COMES the Defendant, Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Ralph S. Adams, by and through its attorneys, Douglas, McDaniel & Campo LLC, and answers Plaintiff's Complaint for Foreclose by Civil Action ("Plaintiff's Complaint") as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of Plaintiff's Complaint, and hereby denies the same.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 2 of Plaintiff's Complaint, and hereby denies the same.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 3 of Plaintiff's Complaint, and hereby denies the same.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and hereby denies the same.

5. Defendant admits the allegations contained in Paragraph 5 of the Plaintiff's Amended Complaint.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and hereby denies the same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of Plaintiff's Complaint, and hereby denies the same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and hereby denies the same.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 9 of Plaintiff's Complaint, and hereby denies the same.

10. Defendant asserts that the Mortgage speaks for itself, but lacks the knowledge or information sufficient to form a belief as to the truth or falsity of the other allegations contained in Paragraph 10 of the Complaint, and therefore denies the same

11. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 11 of Plaintiff's Complaint, and hereby denies the same.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 12 of Plaintiff's Complaint, and hereby denies the same.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of Plaintiff's Complaint, and hereby denies the same.

14. Defendant admits the allegations contained in Paragraph 14 of the Plaintiff's Amended Complaint.

15. Defendant admits the allegations contained in Paragraph 15 of the Plaintiff's Amended Complaint.

16. Defendant admits the allegations contained in Paragraph 16 of the Plaintiff's Amended Complaint.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 17 of Plaintiff's Complaint, and hereby denies the same.

18. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 18 of Plaintiff's Complaint, and hereby denies the same.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 19 of Plaintiff's Complaint, and hereby denies the same.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 20 of Plaintiff's Complaint, and hereby denies the same.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and hereby denies the same.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 22 of Plaintiff's Complaint, and hereby denies the same.

23. Defendant admits the allegations contained in Paragraph 23 of the Plaintiff's Amended Complaint.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 24 of Plaintiff's Complaint, and hereby denies the same.

25. Paragraph 25 is a legal conclusion, in so much as an answer is required, Defendant denies the allegations contained in Paragraph 25 of the Plaintiff's Complaint.

26. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 26 of Plaintiff's Complaint, and hereby denies the same.

27. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 27 of Plaintiff's Complaint, and hereby denies the same.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 28 of Plaintiff's Complaint, and hereby denies the same.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 29 of Plaintiff's Complaint, and hereby denies the same.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and hereby denies the same.

31. Paragraph 31 is a legal conclusion, in so much as an answer is required, Defendant denies the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. Paragraph 32 is a legal conclusion, in so much as an answer is required, Defendant denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. Defendant admits the allegations contained in Paragraph 33 of the Plaintiff's Amended Complaint

WHEREFORE, the Special Administrator Defendant prays that this Honorable Court respectfully dismiss this action and grant any such relief that he Court may deem necessary and proper under the circumstances.

Respectfully submitted,

Dated: 11/23, 2020

Benjamin P. Campo, Jr., Bar No. 9334

Defendant Special Administrator for the Estate of Ralph S. Adams.

**DOUGLAS MCDANIEL & CAMPO LLC PA**
90 Bridge Street, Suite 100
Westbrook, ME 04092
(207) 591-5747
*bcampo@douglasmcdaniel.com*