# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1**<br><br>**Plaintiff**<br><br>v.<br><br>**Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams**<br><br>**Defendant** | CIVIL ACTION NO: 2:20-cv-00400-JAW<br><br>RE: VACANT REAL PROPERTY<br>785 Court Street, Auburn, ME 04210<br><br>Mortgage:<br>September 14, 2006<br>Book 6906, Page 20 |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1, and the Defendant, Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1,

Mortgage-Backed Notes, Series 2017-1 ("U.S. Bank National Association")
the amount adjudged due and owing ($151,512.02) within 90 days of the
date of the Judgment, as that time period is calculated in accordance with
14 M.R.S.A § 6322, U.S. Bank National Association shall forthwith
discharge the Mortgage and file a dismissal of this action on the ECF
Docket. The following is a breakdown of the amount due and owing as of
December 25, 2020:

| Description | Amount |
|---|---|
| Principal Balance | $110,436.09 |
| Interest | $20,964.44 |
| Escrow/Impound Required | $4,430.48 |
| Late Fees | $164.58 |
| Total Advances | $15,512.11 |
| Interest on Advances | $4.32 |
| Grand Total | $151,512.02 |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank National Association the amount adjudged due and owing ($151,512.02) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Auburn Property shall terminate, and U.S. Bank National Association shall conduct a public sale of the Auburn Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $151,512.02 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank National Association may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $151,512.02.

5. U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 has first priority, in the amount of $151,512.02, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. The prejudgment interest rate is 8.99000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1<br>c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |

DEFENDANT
      Benjamin P. Campo, Esq., Pro Se
      Special Administrator of
      the Estate of Ralph S.
      Adams
      90 Bridge St #100,
      Westbrook, ME 04092

a) The docket number of this case is No. 2:20-cv-00400-JAW.

b) The Defendant, the only parties to these proceedings besides U.S. Bank National Association, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 785 Court Street, Auburn, ME 04210, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 785 Court Street, Auburn, ME 04210. The Mortgage was executed by the Defendants, Ralph S. Adams and Carmen T. Adams on September 14, 2006. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 6906, Page 20.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 785 Court Street, Auburn, ME 04210.

| | |
|---|---|
| Dated:  December 23, 2020 | /s/ John A. Doonan, Esq.<br>John A. Doonan, Esq., Bar No. 3250<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorneys for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>(978) 921-2670<br>JAD@dgandl.com<br>RJL@dgandl.com |
| Dated: December 16, 2020 | /s/Benjamin P. Campo, Esq.<br>Benjamin P. Campo, Esq., Special Administrator of the Estate of Ralph S. Adams<br>90 Bridge St #100<br>Westbrook, ME 04092 |

**SO ORDERED**

| | |
|---|---|
| Dated this 7th day of January, 2021 | /s/ John A. Woodcock, Jr.<br>JOHN A. WOODCOCK, JR.<br>UNITED STATES DISTRICT JUDGE |